IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



D. KEITH HEFLIN,

    Plaintiff,

v.                                              Civil Action No2:10cv566

COLEMAN MUSIC AND
ENTERTAINMENT, L.L.C.,

    Defendants.

## OPINION AND ORDER

For good cause shown, the Parties' Joint Motion to Continue is hereby **GRANTED**. This matter is continued until February 7, 2012, on which date this case is set to be tried.

The Clerk is **DIRECTED** to transmit a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

December 2, 2011                                       /s/
                                                      Robert G. Doumar
Norfolk, Virginia                                 Senior United States District Judge