# INVOICES

# INVOICE

U.S. Legal Support, Inc.
225 Water St., Suite 1450
Jacksonville, FL 32202
904-359-0583

Cindy Jennings & Assoc., Inc.

Dale Lischer, Esquire
Smith, Gambrell & Russell, L.L.P.
1230 Peachtree Street NE
Suite 3100
Atlanta GA 30308

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 852318 | 8/11/2011 | 830375 |
| Job Date | Case No. | |
| 7/28/2011 | 10CV00566RGDTEM | |
| Case Name | | |
| Keith Heflin vs. Coleman Music and Entertainment | | |
| Payment Terms | | |
| | | |

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Gary Coleman, Jr.                                           56.00 Pages   @   2.40   134.40
   Shipping/Handling/Processing                                                           20.00   20.00
   E-cd Litigation Package                                                                       35.00   35.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Jodi Tague                                                         59.00 Pages   @   2.40   141.60
   E-cd Litigation Package                                                                        35.00   35.00

VENDOR # USW002
ADDRESS #
VOUCHER # 309782
CHECK #
DATE PAID
PROCESSED BY

PLEASE APPROVE

DATE 8/17/11
SIGNATURE

TOTAL DUE >>>   $366.00
(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   366.00

PLEASE PAY
Client/Matter 057693.002
Attorney DL
Date to A/C 8/17/11

2011 AUG 17 AM 8:38

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                                                                                        Phone: 404-815-3500   Fax:404-815-3509

*Please detach bottom portion and return with payment.*

Dale Lischer, Esquire
Smith, Gambrell & Russell, L.L.P.
1230 Peachtree Street NE
Suite 3100
Atlanta GA 30308

Job No.  : 830375     BU ID    : 56-JACKS
Case No.  : 10CV00566RGDTEM
Case Name  : Keith Heflin vs. Coleman Music and Entertainment
Invoice No.  : 852318     Invoice Date : 8/11/2011
**Total Due**  : **$ 366.00**

Remit To: **U.S. Legal Support, Inc.**
        **P.O. Box 864407**
        **Orlando FL 32886-4407**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

# INVOICE

U.S. Legal Support, Inc.
225 Water St., Suite 1450
Jacksonville, FL 32202
904-359-0583

Cindy Jennings & Assoc., Inc.

Dale Lischer, Esquire
Smith, Gambrell & Russell, L.L.P.
1230 Peachtree Street NE
Suite 3100
Atlanta GA 30308

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 852653 | 8/12/2011 | 830385 |
| Job Date | Case No. | |
| 7/27/2011 | 10CV00566RGDTEM | |
| Case Name | | |
| Keith Heflin vs. Coleman Music and Entertainment | | |
| Payment Terms | | |
| | | |

Videotaped Deposition Of:
  Gary Coleman, Sr.
    Video Conversion - MPEG          5.50      @    35.00        192.50
    Video/Text Synchronization       5.50 Hours @   35.00        192.50
    Shipping/Handling/Processing                    20.00         20.00

Reference No. : 19812

VENDOR # 2651060²
ADDRESS #
VOUCHER # 310055
CHECK #
DATE PAID
PROCESSED BY

PLEASE APPROVE

DATE  8/23/11
SIGNATURE

TOTAL DUE >>>                $405.00

(-) Payments/Credits:          0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:             405.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238                                    Phone: 404-815-3500   Fax: 404-815-3509

*Please detach bottom portion and return with payment.*

Dale Lischer, Esquire
Smith, Gambrell & Russell, L.L.P.
1230 Peachtree Street NE
Suite 3100
Atlanta GA 30308

PLEASE PAY
Client/Matter 057693.002
Attorney  D.L
Date to A/C  8/22/11

Remit To: **U.S. Legal Support, Inc.**
          **P.O. Box 864407**
          **Orlando FL  32886-4407**

Job No.    : 830385            BU ID    : 56-JACKS
Case No.   : 10CV00566RGDTEM
Case Name  : Keith Heflin vs. Coleman Music and
             Entertainment
Invoice No. : 852653           Invoice Date : 8/12/2011
Total Due   : $ 405.00

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

# INVOICE

U.S. Legal Support, Inc.
225 Water St., Suite 1450
Jacksonville, FL 32202
904-359-0583

Cindy Jennings & Assoc., Inc.

Dale Lischer, Esquire
Smith, Gambrell & Russell, L.L.P.
1230 Peachtree Street NE
Suite 3100
Atlanta GA 30308

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 852333 | 8/11/2011 | 830384 |
| Job Date | Case No. | |
| 7/27/2011 | 10CV00566RGDTEM | |
| Case Name | | |
| Keith Heflin vs. Coleman Music and Entertainment | | |
| Payment Terms | | |
| | | |

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Gary Coleman, Sr. ( Vol. 1 & 2) | 368.00 Pages @ 2.40 | | 883.20 |
| Shipping/Handling/Processing | | 20.00 | 20.00 |
| E-cd Litigation Package | | 35.00 | 35.00 |
| | TOTAL DUE >>> | | $938.20 |
| | (-) Payments/Credits: | | 0.00 |
| | (+) Finance Charges/Debits: | | 0.00 |
| | (=) New Balance: | | 938.20 |

VENDOR # U6L002
309785

DATE 8/17/11
SIGNATURE

PLEASE PAY
Client/Matter 571A3002
Attorney DL
Date to A/C 8/17/11

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                        Phone: 404-815-3500   Fax:404-815-3509

*Please detach bottom portion and return with payment.*

Dale Lischer, Esquire
Smith, Gambrell & Russell, L.L.P.
1230 Peachtree Street NE
Suite 3100
Atlanta GA 30308

Job No.      : 830384           BU ID     : 56-JACKS
Case No.     : 10CV00566RGDTEM
Case Name    : Keith Heflin vs. Coleman Music and
               Entertainment

Invoice No.  : 852333           Invoice Date : 8/11/2011
Total Due    : $ 938.20

Remit To: U.S. Legal Support, Inc.
          P.O. Box 864407
          Orlando FL  32886-4407

| PAYMENT WITH CREDIT CARD      AMEX  MC  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:              Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

# INVOICE

U.S. Legal Support, Inc.
225 Water St., Suite 1450
Jacksonville, FL 32202
904-359-0583

Cindy Jennings & Assoc., Inc.

Dale Lischer, Esquire
Smith, Gambrell & Russell, L.L.P.
1230 Peachtree Street NE
Suite 3100
Atlanta GA 30308

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 852655 | 8/12/2011 | 830378 |
| Job Date | Case No. | |
| 7/28/2011 | 10CV00566RGDTEM | |
| Case Name | | |
| Keith Heflin vs. Coleman Music and Entertainment | | |
| Payment Terms | | |
| | | |

Videotaped Deposition Of:
    Gary Coleman, Sr., Jodi Tague
        Video Conversion - MPEG
        Video/Text Synchronization

Reference No. : 19823

VENDOR # 161002
ADDRESS # 300051
VOUCHER #

PLEASE APPROVE    CHECK #
                  DATE PAID
DATE 8/23/11      PROCESSED BY
SIGNATURE

| | | | |
|---|---|---|---|
| 1.50 | @ | 35.00 | 52.50 |
| 1.50 Hours | @ | 35.00 | 52.50 |

TOTAL DUE >>>                        $105.00

(-) Payments/Credits:                   0.00
(+) Finance Charges/Debits:             0.00
(=) New Balance:                      105.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                Phone: 404-815-3500   Fax:404-815-3509

*Please detach bottom portion and return with payment.*

Dale Lischer, Esquire
Smith, Gambrell & Russell, L.L.P.
1230 Peachtree Street NE
Suite 3100
Atlanta GA 30308

PLEASE PAY
Client/Matter 057693.002
Attorney  DL
Date to A/C   8/22/11

Remit To: U.S. Legal Support, Inc.
          P.O. Box 864407
          Orlando FL  32886-4407

Job No.      : 830378       BU ID       : 56-JACKS
Case No.     : 10CV00566RGDTEM
Case Name    : Keith Heflin vs. Coleman Music and
               Entertainment
Invoice No.  : 852655       Invoice Date : 8/12/2011
Total Due    : $ 105.00

| PAYMENT WITH CREDIT CARD | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

# WHEELER REPORTING CO., INC.

1600 Northside Drive, N.W., Suite 250
Atlanta, GA 30318
Phone: 404-351-4577 Fax: 404-351-3464
Federal EIN: 58-2319094

# Invoice

| Date | Invoice # |
|---|---|
| 8/19/2011 | 1108-173 |

**Bill To**

Smith, Gambrell & Russell, LLP
Promenade II, Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia 30309-3992

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| Dale Lischer | 10% Paid Under 30 | 9/18/2011 | 2,995.20 |

| Description | | Amount |
|---|---|---|
| D. Keith Heflin vs. Coleman Music, et al<br>No. NO. 2:10-CV-00566 RGD-TEM<br>WRC#22680<br><br>08/09/2011 - Deposition of Dwayne Keith Heflin<br>(Certified Transcript and Sealed Original)<br><br>Video Services - DVD | 2,194.67<br><br><br><br><br>1,133.33 | 2,194.67<br><br><br><br><br>1,133.33 |

VENDOR # WRC 001
ADDRESS # 310147
VOUCHER # 310147
CHECK #
DATE PAID
PROCESSED BY

**PLEASE PAY**
Client/Matter 057693.002
Attorney DL
Date to A/C 8/24/11

PLEASE APPROVE
DATE 8/24/11
SIGNATURE

Customer Requests: Credit cards accepted. A credit card processing fee of 2 1/2% of the invoice total will be passed along.

*Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.*

**Total** $3,328.00

# INVOICE

**Gibson**
606 W. MAIN STREET, SUITE 350 P.O. BOX 1709
KNOXVILLE, TENNESSEE 37901-1709
865-546-7477  800-562-5802  FAX 865-546-7440
WWW.GIBSONREPORTERS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67756 | 10/10/2011 | 44843 |
| Job Date | Case No. | |
| 9/30/2011 | 2:10CV566 | |

| Case Name |
|---|
| D. Keith Heflin v Coleman Music and Entertainment, L.L.C. |

| Payment Terms |
|---|
| Due upon receipt |

Dale Lischer
Smith, Gambrell & Russell
1230 Peachtree Street, Northeast
Suite 3100, Promenade II
Atlanta, GA  30309-3592

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Asa Hazelwood     98.00 Pages     181.30
      Black & White - 8 1/2 x 11     151.00 Pages     22.65
      Etranscript by email     0.00
      Postage - Regular Mail     7.75

TOTAL DUE >>>     $211.70

Please reference Invoice number on check. Thank You.

VENDOR # GCR 002
ADDRESS #
VOUCHER # 313266
CHECK #
DATE PAID
PROCESSED BY

PLEASE APPROVE
DATE 10/19/11
SIGNATURE [signed]

PLEASE PAY
Client/Matter 057693.002
Attorney
Date to A/C 10/17/11

**Tax ID:** 62-1451587     Phone:   Fax:

*Please detach bottom portion and return with payment.*

Dale Lischer
Smith, Gambrell & Russell
1230 Peachtree Street, Northeast
Suite 3100, Promenade II
Atlanta, GA  30309-3592

Invoice No.    : 67756
Invoice Date   : 10/10/2011
**Total Due**  : **$ 211.70**

Remit To: **Gibson Court Reporting**
         **P.O. Box 1709**
         **Knoxville, TN  37901-1709**

Job No.    : 44843
BU ID      : 1-MAIN
Case No.   : 2:10CV566
Case Name  : D. Keith Heflin v Coleman Music and Entertainment, L.L.C.

# INVOICE

U.S. Legal Support, Inc.
225 Water St., Suite 1450
Jacksonville, FL 32202
904-359-0583

2011 NOV 9 AM 11 28

Cindy Jennings & Assoc., Inc.

Dale Lischer, Esquire
Smith, Gambrell & Russell, L.L.P.
1230 Peachtree Street NE
Suite 3100
Atlanta GA 30308

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 866860 | 10/12/2011 | 846012 |
| Job Date | Case No. | |
| 9/26/2011 | 10CV00566RGDTEM | |
| Case Name | | |
| Keith Heflin vs. Coleman Music and Entertainment | | |
| Payment Terms | | |
| | | |

Videotaped Deposition Of:
  Coleman Music & Entertainment
    Video Hours on DVD                                  4.50      @    35.00       157.50
    Shipping/Handling/Processing                                       20.00        20.00

VENDOR # 14002
ADDRESS #
VOUCHER # 314418
CHECK #
DATE PAID
PROCESSED BY

TOTAL DUE >>>                    $177.50
AFTER 11/26/2011 PAY             $195.25

(-) Payments/Credits:              0.00
(+) Finance Charges/Debits:        0.00
(=) New Balance:                 177.50

Reference No. : 19969

PLEASE APPROVE

DATE  11/9/11
SIGNATURE

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                   Phone: 404-815-3500    Fax:404-815-3509

*Please detach bottom portion and return with payment.*

Dale Lischer, Esquire
Smith, Gambrell & Russell, L.L.P.
1230 Peachtree Street NE
Suite 3100
Atlanta GA 30308

PLEASE PAY
Client/Matter  057693.002
Attorney
Date to A/C  11/9/11

**Remit To:** U.S. Legal Support, Inc.
P.O. Box 864407
Orlando FL  32886-4407

Job No.      : 846012         BU ID    : 56-JACKS
Case No.     : 10CV00566RGDTEM
Case Name    : Keith Heflin vs. Coleman Music and
               Entertainment
Invoice No.  : 866860         Invoice Date : 10/12/2011
Total Due    : $ 177.50

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:          Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

# WHEELER REPORTING CO., INC.

1600 Northside Drive, N W, Suite 250
Atlanta, GA 30318
Phone: 404-351-4577 Fax: 404-351-3464
Federal EIN: 58-2319094

# Invoice

| Date | Invoice # |
|---|---|
| 10/21/2011 | 1110-207 |

2011 NOV -9 AM 11 28

**Bill To**
Smith, Gambrell & Russell, LLP
Promenade II, Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia 30309-3992

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| Dale Lischer | 10% Paid Under 30 | 11/20/2011 | 1,207.25 |

| Description | Rate | Amount |
|---|---|---|
| D. Keith Heflin vs. Coleman Music and Entertainment, LLC, et al<br>Civil Action File No. 2:10-CV-00566 RGD-TEM<br>WRC#22679<br><br>10/19/2011 - Deposition of 30(b)(6) World of Games, LLC<br>(Certified Transcript and Sealed Original - Expedited) | 1,341.39 | 1,341.39 |

VENDOR # WRC 001
AMOUNT $ 1341.39
INVOICE #
CHECK #
DATE PAID
PROCESSED BY

PLEASE APPROVE
DATE 11/9/11
SIGNATURE

**Customer Requests:** Credit cards accepted. A credit card processing fee of 2 1/2% of the invoice total will be passed along.

*Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.*

**Total** $1,341.39

**PLEASE PAY**
Client/Matter 057693.002
Attorney D.L.
Date to A/C 11/9/11

# WHEELER REPORTING CO., INC.

1600 Northside Drive, NW, Suite 250
Atlanta, GA 30318
Phone: 404-351-4577 Fax: 404-351-3464
Federal EIN: 58-2319094

# Invoice

| Date | Invoice # |
|---|---|
| 10/18/2011 | 1110-152 |

**Bill To**

Smith, Gambrell & Russell, LLP
Promenade II, Suite 3100
1230 Peachtree Street, NE
Atlanta, Georgia 30309-3992

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| Dale Lischer | 10% Paid Under 30 | 11/17/2011 | 668.30 |

| Description | Rate | Amount |
|---|---|---|
| D. Keith Heflin vs. Coleman Music, et al<br>Civil Action File No. 2:10-CV-00566RGD-TEM<br>WRC#23253<br><br>10/14/2011 - Deposition of Thomas J. Paulus, M.D.<br>(Certified Transcript and Sealed Original - Expedited) | 742.56 | 742.56 |

PLEASE APPROVE
DATE 10/25/11
SIGNATURE

VENDOR # WRC 001
VOUCHER # 318561
CHECK #
DATE PAID
PROCESSED BY

2011 OCT 24 PM 3:51

**Customer Requests:** Credit cards accepted. A credit card processing fee of 2 1/2% of the invoice total will be passed along.

*Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.*

**Total** $742.56

PLEASE PAY
Client/Matter 057693.002
Attorney D.L.
Date to A/C 11/24/11

# WHEELER REPORTING CO., INC.

1600 Northside Drive, N W, Suite 250
Atlanta, GA 30318
Phone: 404-351-4577 Fax: 404-351-3464
Federal EIN: 58-2319094

**PAID**

| Invoice |
|---|

| Date | Invoice # |
|---|---|
| 11/4/2011 | 1111-50 |

**Bill To**

Smith, Gambrell & Russell, LLP
Bank of America Tower
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| James W. Middleton | | 12/4/2011 | 1,923.92 |

| Description | Rate | Amount |
|---|---|---|
| D. Keith Heflin vs. Coleman Music, et al<br>Civil Action File No. 2:10-CV-00566-RGD-TEM<br>WRC#23373<br><br>10/28/2011 - Deposition of Michael A. Berkus<br>(Certified Transcript and Sealed Original - Expedited) | 2,137.69 | 2,137.69 |

**Customer Requests:** Credit cards accepted. A credit card processing fee of 2 1/2% of the invoice total will be passed along.

*Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.*

**Total** $2,137.69

HALASZ REPORTING & VIDEO
P.O. Box 1644
Richmond, Virginia 23218-1644
(804) 708-0025

Make check payable to:
 Halasz Reporting & Video
 Fed. Id: 54-1370651

INVOICE NO. 11LL770

November 7, 2011

For Professional Services Rendered:

James W. Middleton, Esq.
Smith, Gambrell & Russell
50 North Laura Street, Suite 2600
Jacksonville, FL 32202

Re: D. Keith Heflin
v.
Coleman Music and Entertainment, et al
Deposition of Steven Matousek
November 1, 2011

Transcript copy, mailing: $170.00

*PLEASE INCLUDE A COPY OF THIS BILL WITH PAYMENT*

PAYMENT DUE WITHIN 30 DAYS
INTEREST TO ACCRUE AT 12% PER ANNUM THEREAFTER

REPORTER: Lisa T. Lineberry

*THANK YOU*

NOV 1 0 2011

Ok to pay

| | UNITED STATES DISTRICT COURT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AO44 (Rev 11/07) | FOR THE EASTERN DISTRICT OF VIRGINIA | | | | | | | | |

INVOICE NO: 20110133

MAKE CHECKS PAYABLE TO:

Elizabeth G. Borland, Esquire
Smith, Gambrell & Russell, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

Phone: (404) 815-3645
FAX: (404) 685-6945

egborland@sgrlaw.com

Heidi Jeffreys, RDR, CRR
United States Court Reporter
600 Granby Street
Room 217
Norfolk, VA 23510

Phone: (757) 222-7075

hjeffreys@netscape.com

☐ CRIMINAL   ☒ CIVIL    DATE ORDERED: 10-11-2011    DATE DELIVERED: 10-27-2011

**Case Style:** 2:10CV00566, D. Keith Heflin v Coleman Music & Entertainment
Electronic transcription of the Markman hearing held on October 11, 2011.
Delivered to: egborland@sgrlaw.com and jglawrence@fflaw.com

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 44 | 0.90 | 39.60 | | | | 39.60 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | **PLEASE PAY** | | | | | | |
| Daily | | | | Client/Matter 057693.002 | | | | | | |
| Hourly | | | | Attorney EB JZ | | | | | | |
| | | | | Date to A/C 10-31-11 | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 39.60

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

Date Paid:    Amt:    TOTAL DUE: $39.60

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE    DATE 10/27/11

*(All previous editions of this form are cancelled and should be destroyed)*

| | | |
|---|---|---|
| AO44 (Rev. 11/07) | | UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF VIRGINIA |

INVOICE NO: 20110137

MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| James W. Middleton, Esquire<br>Smith, Gambrell & Russell, LLP<br>Promenade II, Suite 3100<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309-3592<br><br>Phone: (404) 815-3645<br>FAX: (404) 685-6945<br><br>jmiddleton@sgrlaw.com | Heidi Jeffreys, RDR, CRR<br>United States Court Reporter<br>600 Granby Street<br>Room 217<br>Norfolk, VA 23510<br><br>Phone: (757) 222-7075<br><br>hjeffreys@netscape.com |

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 11-07-2011   DATE DELIVERED: 11-14-2011

**Case Style:** 2:10CV566, D. Keith Heflin v Coleman Music & Entertainment
Electronic transcription of the hearing held on November 7, 2011. By agreement of counsel, total fee for the original to be filed with the court and two copies has been split between the parties. Delivered to: jmiddleton@sgrlaw.com, dlischer@sgrlaw.com and jglawrence@fflaw.com

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 61 | 4.85 | 295.85 | 61 | 0.90 | 54.90 | | | | 350.75 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 350.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| Date Paid:    Amt: | TOTAL DUE: $350.75 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*